U.S. DISTRICT COURT
Western District of LA.

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 31 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

40$

Jamie Edelkind

v

Michael Neustrom, et al

Civil action no 05-2176 SCP

Section P. - Judge Haik

Notice of Appeal

Notice of Appeal

# 06-30830

The plaintiff hereby files this, his notice of Appeal to the Judgment of Judge Richard Haik. The Plaintiff requests that the clerk prepare the complete record in this case and forward same together with this notice to the 5th Circuit Court. To the extent that such requires an order of the Judge, plaintiff requests that such be sought.

The plaintiff avers that this court has mistakenly applied the law and standards in this matter and that this appeal is meritorious. Further the relief prayed for in the original action is still needed by the plaintiff and this court has failed to honor the non-abrogated rights of the plaintiff.

Signed _____

pro-se  - July 21-2006

U.S. COURT OF APPEALS
FILED

AUG 17 2006

CHARLES R. FULBRUGE III
CLERK

ATTEST A TRUE COPY:
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA
BY _____
DATE _____

Jamie Elliott
137 West Mills Ave
Breaux Bridge La 70517

LAFAYETTE LA 705
28 JUL 2006 PM 2 T

Clerk of Court
300 Fannin St, Suite 1167
Shreveport, La. 71101-3083

71101+3083

Legal

APPEAL, CLOSED, PRISON

# U.S. District Court
## Western District of Louisiana (Lafayette)
### CIVIL DOCKET FOR CASE #: 6:05-cv-02176-RTH

Edelkind v. Neustrom et al
Assigned to: Chief Judge Richard T Haik, Sr
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/19/2005
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Plaintiff**

**Jamie Edelkind**   represented by   **Jamie Edelkind**
C/O SMPLC
437 West Mills Ave
Breaux Bridge, LA 70517
PRO SE

V.

**Defendant**

**Michael W Neustrom**
*Sheriff*

**Defendant**

**Captain Champagne**

**Defendant**

**Director U S Marshal Service**

**Defendant**

**Director Robert Reardon**

**Defendant**

**Director George B Walsh**



U.S. COURT OF APPEALS
F I L E D
AUG 17 2006
CHARLES R. FULBRUGE III
CLERK

06-30830

ATTEST A TRUE COPY
ROBERT H. SHEMWELL, CLERK
USDC, WESTERN DISTRICT OF LA
BY
DATE

| Date Filed | # | Docket Text |
|---|---|---|
| 12/19/2005 | 1 | DEFICIENT PLEADING submitted by: Jamie Edelkind. Name of Pleading: 1983 civil rights complaint. Reason for deficiency: not on proper form and no filing fee or ifp application submitted. (Attachments: # 1 Civil cover sheet) (crt,Davis, C) (Entered: 12/28/2005) |

| 12/29/2005 | 2 | MEMORANDUM ORDER: Plaintiff failed to submit documents on approved forms. Plaintiff failed to submit filing fee or a completed IFP application. Pro Se Deadline to comply with deficiency set for 1/30/2006.. Signed by Judge Robert H Shemwell Sr on 12/29/05. (crt,Davis, C) (Entered: 01/03/2006) |
|---|---|---|
| 01/23/2006 | 3 | MAIL RETURNED as Undeliverable: Mail sent to Jamie Edelkind, LPCC, re: 2 Sec P - Deficiency Order, returned by U S Postal Svc marked: rts/attempted not known. (crt,Davis, C) (Entered: 01/24/2006) |
| 02/03/2006 | 4 | COMPLAINT (on proper form) against all defendants, filed by Jamie Edelkind.(crt,McDaniel, C) (Entered: 02/15/2006) |
| 02/03/2006 | 5 | DEFICIENT PLEADING submitted by: Jamie Edelkind. Name of Pleading: Motion to Proceed IFP. Reason for deficiency: no account information or officer signature. (crt,McDaniel, C) (Entered: 02/15/2006) |
| 02/17/2006 | 6 | MEMORANDUM ORDER: Plaintiff submitted an IFP application not completed by an authorized Accounts Officer. Pro Se Deadline to comply with deficiency set for 3/20/2006. Signed by Judge Robert H Shemwell Sr on 2/17/06. (crt,McDaniel, C) (Entered: 02/17/2006) |
| 03/06/2006 | 7 | MOTION to Compel and MOTION for Preliminary Injunction by Jamie Edelkind NOT REFERRED until deficiency resolved (crt,Davis, C) (Entered: 03/07/2006) |
| 03/06/2006 | 8 | MOTION for Leave to Proceed in forma pauperis by Jamie Edelkind. (crt,McDaniel, C) (Entered: 03/10/2006) |
| 03/13/2006 | 9 | ORDER granting 8 Motion for Leave to Proceed in forma pauperis. No initial filing fee due. Further ordered that plaintiff make payments of 20 percent of income for preceeding month until $250.00 has been paid in full Signed by Judge Robert H Shemwell Sr on 3/13/06. (crt,Davis, C) (Entered: 03/13/2006) |
| 03/14/2006 | 10 | MOTION for Hearing by Jamie Edelkind. (crt,Davis, C) Additional attachment(s) (envelope) added on 3/14/2006 (Davis, C) (Entered: 03/14/2006) |
| 03/14/2006 |  | REMARK:clerk updated plaintiff's address due to different address on doc #10 (crt,Davis, C) (Entered: 03/14/2006) |
| 03/22/2006 | 11 | MEMORANDUM ORDER: Directing plaintiff to amend complaint/petition. Directing plaintiff to Submit evidence of exhaustion of administrative remedies. Pro Se Response due by 4/21/2006. Signed by Judge Mildred E Methvin on 3/22/06. (crt,Davis, C) (Entered: 03/22/2006) |
| 03/23/2006 | 12 | REMARK: Summons sent to Clerks office from plaintiff to be signed; no order has been done to order service; summons placed in daily folder for 3/23/06 until order of the court (crt,McDaniel, C) (Entered: 03/24/2006) |

| 03/28/2006 | 13 | ORDER mooting 7 Motion to Compel, mooting 7 Motion for Preliminary Injunction, denying 10 Motion for Hearing Signed by Judge Mildred E Methvin on 3/23/06. (crt,Davis, C) (Entered: 03/28/2006) |
|---|---|---|
| 04/05/2006 | 14 | MAIL RETURNED as Undeliverable: Mail sent to Jamie Edelkind, LPCC, PO Box 283F, Lafayette, LA 70502, re: 9 Order on Motion for Leave to Proceed in forma pauperis, returned by U S Postal Svc marked: Attempted Not Known. (crt,Delgado, S) (Entered: 04/06/2006) |
| 04/25/2006 | 15 | MOTION for Extension of Time to Amend Complaint in compliance with 11 Sec P -Order Amend/ARP/Summons by Jamie Edelkind; address updated. (crt,Delgado, S) (Entered: 04/26/2006) |
| 04/26/2006 |  | RECEIVED updated address from plaintiff on 4/25/06. Order - Doc 9 resent to plaintiff and to Accounts Officer at new prison(crt,Delgado, S) (Entered: 04/26/2006) |
| 05/08/2006 | 16 | AMENDED COMPLAINT against Robert Reardon, George B Walsh, Michael W Neustrom, Champagne filed by Jamie Edelkind. Related document: 11 Sec P - Order (Attachments: # 1 Exhibits)(crt,Davis, C) (Entered: 05/09/2006) |
| 05/08/2006 | 17 | NOTICE of Change of Address by Jamie Edelkind; clerk updated address this date(could not make out a doc #) (crt,Davis, C) (Entered: 05/09/2006) |
| 05/08/2006 | 18 | MOTION for court order by Jamie Edelkind. (crt,Davis, C) (Entered: 05/09/2006) |
| 05/25/2006 | 19 | LETTER from plaintiff to clerk in regard to his case; clerk updated plaintiff's address due to a different one on this letter and the envelope and sent plaintiff a copy of the docket sheet to show his case status and that his motion is still pending with the Magistrate Judge (crt,Davis, C) (Entered: 05/30/2006) |
| 06/01/2006 | 20 | MOTION to Compel Service by Jamie Edelkind. (crt,Delgado, S) (Entered: 06/01/2006) |
| 06/27/2006 | 21 | REPORT AND RECOMMENDATIONS re 4 Complaint filed by Jamie Edelkind. IT IS RECOMMENDED that plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous and for failing to state a claim on which relief may be granted. Objections to R&R due by 7/14/2006. Signed by Judge Mildred E Methvin on 6/27/06. (crt,Whidden, C) (Entered: 06/27/2006) |
| 06/28/2006 | 22 | LETTER from Plaintiff to Judge Methvin (crt,McDaniel, C) (Entered: 06/29/2006) |
| 07/03/2006 | 23 | MOTION to Return Original Forms/Documents by Jamie Edelkind. (crt,McDaniel, C) (Entered: 07/06/2006) |
| 07/06/2006 | 24 | OBJECTION to 21 Report and Recommendations by Jamie Edelkind. (crt,McDaniel, C) (Entered: 07/06/2006) |

Case: 06-30830   Document: 1   Page: 6   Date Filed: 08/17/2006

| 07/18/2006 | ●25 | JUDGMENT ordering that plaintiff's civil rights action be DISMISSED WITH PREJUDICE. Signed by Judge Richard T Haik Sr on 7/18/06. (crt,Brazell, G) (Entered: 07/18/2006) |
|---|---|---|
| 07/31/2006 | ●26 | NOTICE OF APPEAL as to 25 Judgment Adopting Report and Recommendations by Jamie Edelkind. FEE STATUS: NOT PAID. (crt,Joffrion, B) (Entered: 08/01/2006) |
| 08/01/2006 | ●27 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 26 Notice of Appeal (crt,Joffrion, B) (Entered: 08/01/2006) |